AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

United States Courts
Southern District of Texas
FILED

May 18, 2019

David J. Bradley, Clerk of Court

SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

UNITED STATES OF AMERICA
V.

Jose Armando RAMIREZ-Quinones

AKA:
IAE   YOB: 1982
Mexico

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number: M-19- 1139-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ___May 17, 2019___ in ___Hidalgo___ County, in the ___Southern___ District of ___Texas___ defendants(s) did,
(Track Statutory Language of Offense)

being then and there an alien who previously has been deported from the United States to Mexico in pursuance of law, and thereafter was found near Edinburg, Texas within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title ___8___ United States Code, Section(s) ___1326___ (Felony)
I further state that I am a(n) ___Deportation Officer___ and that this complaint is based on the following facts:

On May 17, 2019, Jose Armando RAMIREZ-Quinones a citizen of Mexico was encountered by Immigration Officers at the Hidalgo County Jail in Edinburg, Texas. An Immigration Detainer was placed upon the defendant and was subsequently remanded into the custody of Immigration and Customs Enforcement on May 17, 2019. Record checks revealed the defendant was formally removed from the United States to Mexico for the fourth (4th) time on October 6, 2017 via the Del Rio, Texas Port of Entry. The defendant was instructed not to return without permission from the Attorney General or the Secretary of Homeland Security of the United States. The defendant claims to have illegally re-entered the United States on or about June 25, 2018 by wading the Rio Grande River at or near Mission, Texas. On April 14, 2016, the defendant was convicted of 8 USC 1324 Transporting an alien within the U.S. for private financial gain and sentenced to twenty seven (27) months to the custody of the United States Bureau of Prisons.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on May 18, 2019.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Complaint approved by AUSA _____

_____
Signature of Complainant

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed.R.Cr.P.4.1 and probable cause found on:

Armando Perez   Deportation Officer
Printed Name and Title of Complainant

May 18, 2019
Date

at   McAllen, Texas
City and State

J. Scott Hacker   U.S. Magistrate Judge
Name and Title of Judicial Officer

_____
Signature of Judicial Officer